Rose L. Silverman v. Robert M. Silverman.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Dora Feinberg v. United Motion Picture Vending Machine Corporation of America, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

World Traveller Magazine Corporation v. Belleaire Hotel Corporation.—Application granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Montdale Holding Corporation v. Jacob M. Kaplan.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Frank L. Wilder v. Stanley Y. Beach.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Supplementary Proceedings: Pentagon Printing Company, Inc., v. William S. Brewer.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Transfer Tax upon the Estate of Charles Roth, Deceased. —Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Kelvinator Sales Corporation v. Byro Realty Corporation and Others. — Motion denied. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

Anthony J. Speciale and Another v. Holmes Electric Protective Company. — Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of the Application of Walter N. Smith v. Hon. John R. Davies, Justice of the Municipal Court of the City of New York, and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Mendel Apotheker v. H. Kertzner Co., Inc., Impleaded, etc.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of Charles A. Wund for an Alternative Prohibition Order Directed against Hon. Samuel Seabury, as Referee, to Conduct an Investigation of the Magistrates Courts of the First Judicial Department and the Magistrates Thereof.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

C. Ludwig Baumann v. DeWitt Stetten and Another and Berenice L. Baumann and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

C. Ludwig Baumann v. DeWitt Stetten and Another and Berenice L. Baumann and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

C. Ludwig Baumann v. DeWitt Stetten and Another and Berenice L. Baumann and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

The People of the State of New York v. Michael Lougaroff. Bennie Friedberg. Charles W. Berry, Comptroller of the City of New York.—